**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2004 MAY 25  P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM M. BYRD,

    Plaintiff,

v.

AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,

    Defendants.

Civil Action No. 04-11032-DPW

## ASSENTED-TO MOTION OF DEFENDANTS TO ENLARGE THE DATE BY WHICH THEY MUST SERVE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, Aventis Pharmaceuticals, Inc. (hereinafter, "Aventis") and Debra Edmunds (hereinafter, "Edmunds") (hereinafter, Aventis and Edmunds together, "Defendants"), with Plaintiff's assent, respectfully move to enlarge the date by which they must serve a response to Plaintiff's Complaint to and including June 30, 2004. As grounds for their motion, Defendants state that the additional time is necessary to appropriately respond to the allegations set forth in the Complaint.

Defendants' counsel has conferred with Plaintiff's counsel John Koslowsky concerning this motion. As indicated below, Mr. Koslowsky assents to the Court granting this motion.

WHEREFORE, Defendants respectfully request that the Court grant their Assented-to Motion to Enlarge The Time By Which It Must Serve a Response to Plaintiff's Complaint.

Respectfully submitted,

AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,

_____
Joan Ackerstein (BBO# 549872)
Samia M. Kirmani (BBO# 634699)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; FAX: (617) 367-2155

ASSENTED- TO BY PLAINTIFF

By his attorney,

John Koslowsky (by SMK)
_____
John Koslowsky
424 Adams Street
Milton, MA 02186

Dated: 5/25/04

### CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of May, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, John Koslowsky, Esq., 424 Adams Street, Milton, Massachusetts 02186, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP