UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM M. BYRD,

    Plaintiff,

v.

AVENTIS PHARMACEUTICALS, INC. and
DEBRA EDMUNDS,

    Defendants.

Civil Action No. 04-11032-DPW

## DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendant, Aventis Pharmaceuticals, Inc., and the undersigned counsel for Defendants, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

- with a view to establishing a budget for the cost of this litigation; and
- to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

AVENTIS PHARMACEUTICALS, INC.

_____
Diane Duvall, Esq.
Corporate Counsel
Aventis Pharmaceuticals
300 Somerset Corporate Boulevard
P.O. Box 6977
Bridgewater, NJ 08807-0977

Dated: June 29, 2004

COUNSEL FOR DEFENDANTS

_____
Joan Ackerstein (BBO# 549872)
Samia M. Kirmani (BBO#634699)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; FAX: (617) 367-2155