UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. BYRD,<br><br>       Plaintiff,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,<br><br>       Defendants. | Civil Action No. 04-11032-DPW |

**LOCAL RULE 16.1 (D)(3) CERTIFICATION OF PLAINTIFF**

Pursuant to Untied States District Court Local rule 16.1(D), plaintiff William M. Byrd, through his authorized representative, certifies that he has conferred with undersigned counsel regarding establishing a budget for the litigation and with respect to ADR programs.

                                                      Respectfully submitted,

                                                      WILLIAM M. BYRD,

                                                      By his attorneys,

                                                       /s/ John C. Koslowsky
                                                      John C. Koslowsky
                                                      BBO No. 561616
                                                      Flavin & Koslowsky
                                                      424 Adams Street
                                                      Milton, MA  02186
Dated: July 9, 2004                             (617) 698-3000, (617) 698-3001 FAX

**CERTIFICATE OF SERVICE**

I, John C. Koslowsky, Esquire, hereby certify that on July 9, 2004, I have caused to be served by first class mail, postage prepaid, the foregoing upon:  Samia Kirmani, Esquire, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

                                                      /s/ John C. Koslowsky
2002-17P                                               John C. Koslowsky