UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. BYRD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,<br><br>　　　　　Defendants. | Civil Action No. 04-11032-DPW |

**NOTICE OF PLAINTIFF'S ASSENT TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWERS TO COMPLAINT**

Defendants, Aventis Pharmaceuticals, Inc. ("Aventis") and Deborah Edmunds ("Edmunds") (Aventis and Edmunds together, "Defendants"), use this notice to advise the Court that Plaintiff, William Byrd, has now assented to allowance of Defendants' Motion For Leave To Amend Answers To Complaint filed on November 1, 2004.

Samia M. Kirmani, counsel for Defendants, certifies that on November 3, 2004, John

Koslowsky, counsel for Plaintiff, called to advise her of Plaintiff's assent.

                Respectfully submitted,

                AVENTIS PHARMACEUTICALS, INC. and
                DEBRA EDMUNDS,

                /s/ Samia M. Kirmani
                Joan Ackerstein (BBO# 549872)
                Samia M. Kirmani (BBO# 634699)
                JACKSON LEWIS LLP
                75 Park Plaza
                Boston, Massachusetts 02116
                (617) 367-0025; FAX: (617) 367-2155

**ASSENTED- TO BY PLAINTIFF**

By his attorney,

/s/ John Koslowsky by Samia M. Kirmani
_____

John Koslowsky
424 Adams Street
Milton, MA 02186


Dated: November 3, 2004


## CERTIFICATE OF SERVICE

     I hereby certify that, on this 4th day of November, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, John Koslowsky, Esq., 424 Adams Street, Milton, Massachusetts 02186, by first-class mail, postage prepaid.

                /s/ Samia M. Kirmani_____
                Jackson Lewis LLP