# EXHIBIT A

# M e m o r a n d u m

**TO:**        FILE

**FROM:**    SAMIA KIRMANI

**DATE:**    NOVEMBER 12, 2004

**RE:**        <u>TELEPHONE CALL FROM JOHN KOSLOWSKY ON NOVEMBER 10, 2004</u>

---

Samia Jack Koslowsky calling regarding Abbott Laboratories and Dictaphone. I don't have a problem assenting to the authenticity of those documents. If you have any questions, give me a call. 617-698-3000.

# EXHIBIT B

# ROSS LABORATORIES

COLUMBUS OHIO 43215
**ROSS** A DIVISION OF ABBOTT LABORATORIES. USA

DATE:      February 8, 1990

TO:        Bill Byrd

FROM:      Greg Lindberg

SUBJECT:   Suprax Test

Dear Bill:

I regret to inform you that you have failed to pass the Suprax
test for the second time.  To make sure the test was graded
correctly and fairly, after reviewing the answers you gave to the
questions, I submitted your test to Jim Hickam in Columbus for
confirmation relative to the correct answers.  Jim confirmed that
you had 22 incorrect answers, and therefore failed to pass with a
grade of 85%.

In light of the fact that you failed for the second time, I would
like to formally request that you stop promoting Suprax to your
customers.  A review session will be conducted at the first
period regional meeting by a member of the sales training
department and a retest will follow.  By carbon copy of this memo
I am notifying Jim Hickam so that he can plan for this session.

Bill, I would like to confirm the seriousness of this matter and
ask that you do whatever is necessary to make sure you pass the
retest at the Regional Meeting.

Best regards,

Greg

/dn
cc:  Joe McManus
     Jim Hickam
     John Boisse
     File

# EXHIBIT C

**INTEROFFICE CORRESPONDENCE** ROSS

DATE    June 29, 1990

TO    Bill Byrd *file*

FROM    John Boisse

SUBJECT    Recent Work With

BASE CITY    *To: John —*    TERR.0500

*When we discuss hospital*
*losses lets include reference*
*to our previous share vs. our*
*current share i.e. 100% - 50%*
*etc.*

*Just trying to be of help.*

Dear Bill:

I just want to take a few paragraphs to recap our discussions
and our work with on Thursday, June 28.

First, it is with great disappointment we have learned Beverly
Hospital, a long-term Ross exclusive, will go to a rotation on
July 1, 1990, with Mead Johnson.  Bill, I believe if you had
had a broader base of support from either purchasing, nursing,
or physicians, we might have been able to learn of Mead's
activities earlier.  I think you underestimated the importance
and influence two key nurses had within this institution in
their ability to sway a pediatric vote to allow Mead Johnson
to enter as part of a rotation.

*Greg*
*7/2/90*

Bill, it would also appear this situation is not dissimilar to
other situations which have occurred within your territory;
i.e., Winchester Hospital, New England Memorial Hospital, as
well as your inability to gain either nursing or physician
support at Salem Hospital.  An example of this lack of support
would be the difficulties you had with Dr. Marushka pertaining
to securing Rehydralyte for his office.  As we had discussed,
for whatever reason there might be, there appears to be a
similarity in a pattern of your lack of ability to gain the
necessary support to increase and enhance business where we
are either locked out of a situation or to hold onto our
existing business.

Both Greg and I have strong concerns relative to your effective-
ness and ability to achieve positive desired results within
Territory 0512.  We believe such situations as your inability to
pass the Suprax test on the first two attempts demonstrates a
lack of commitment to successful achievement within your territory.

I will be working with you again on Tuesday, July 10, and
hopefully we will again attempt to pinpoint specific strategies
or ideas to help you gain additional support and business within
your territory.

I look forward to seeing you on Tuesday, July 10, at 8:30am in
Burlington.

Regards,

John

JB:shg

cc:  Greg Lindberg
     File

# EXHIBIT D

**INTEROFFICE**
**CORRESPONDENCE**

DATE    July 26, 1990

TO      Greg Lindberg

FROM    John Boisse                    BASE CITY _____ 00500

SUBJECT Recent Work With Bill Byrd

*[handwritten annotations across top:]* JB — when all said & done it's a watch. It's written an excuse for trying to justify what happened. The loss of business confirms alot of the symptoms were observing regarding his negative performance. Hang tough Greg 7/31/90

*[handwritten left margin:] A rebirth of loss of*

Dear Greg:

I just want to recap my day with Bill concerning his progress in both Beverly Hospital and his territory as a whole.

It was a good day compared to some we have had recently.  Bill made good presentations today.  You could see he had been working the supplemental sales aid and trying to go with the Task Clarity for the third period.

We again discussed his lack of knowledge as to what had happened at Beverly Hospital and he again tried to clarify exactly what happened.  The meeting was held on a Friday and on the following Monday, a few days before July 1, a decision had been made to change formulas.  It was done by a couple of nurses who were not decision makers but influencers who carried weight with the pediatricians.  Basically, the pediatricians said "Why not", because Hunt Hospital had recently closed and why not be fair. So it seems there are many reasons for all of this happening.

I think Bill does realize now the seriousness of what happened and of having to gain additional business from outside sources; i.e., the doctor's office.

I have another work with scheduled with Bill next week.  I hope to see some progress.  I will continue to work with Bill; I don't know what the outcome will be.  He certainly knows I am not pleased with him.  He knows you are not pleased with him. He realizes that other people are aware of what has happened and that such things as the Suprax test have not added to the confidence Ross Laboratories has in him.  I will continue to monitor the situation closely with communication to you and to Bill so we all know what is going on.

*[handwritten:] Thanks*

Regards,

*John Boisse*

John Boisse

JB:shg

cc:  Joe McManus
     File

*[handwritten:] file: Byrds PC file*

JUL 1990 RECEIVED Greg Lindberg

# EXHIBIT E

**INTEROFFICE CORRESPONDENCE**    ROSS

DATE February 13, 1992

TO Bill Byrd

FROM John Boisse

BASE CITY

TERR. 1110500

SUBJECT Workwith

Dear Bill:

I wanted to take a few paragraphs to re-cap our day together on Tuesday, February 11. First, I would like to remind you that all cases of samples are to be left completely open in the Physicians' offices. I do not want to see any cases, for any reason, left with covers still on. Please make certain you adhere to this policy in every Physician's office.

Second, please make certain your presentations to the OB office nurses are ones of helpful ally with support for breastfeeding as well as for help with the cost of formula, if you will. Please do not promote the Free Case Coupons on the basis of a sales contest for you to win. I don't think it will work in any situation. So, Bill, please make certain to curtail any such sales approach.

Third, please continue to prosecute the Isomil and the Disappearing Apple promotion to the fullest. By "to the fullest" I mean a presentation to every Pediatrician and every Office Nurse possible. I would like to see you track every Pediatrician you give it to so a month or two from now you will be able to say to me, "John, I have presented this promotion to 98% of all my Peds in the Territory."

Bill, as we have spoken in the past, it sometimes appears we promote to everyone, but after we do it 10 or 15 times it seems like we quit or stop or whatever. So, Please, again, track and make certain you give this presentation to everyone within your Territory.

Fourth, Suprax continues to be a priority. The message of a 75 ml introduction is mandatory. Please be certain you convey the proper message of 29 to 42 pounds being the appropriate weight for the use of the 75 ml bottle. Bill, you might even think of doing something creative relative to this promotion. In other words, having something made up whether it be chocolate lollipops or strawberry flavored something or other to help with the memorability of the Suprax.

Bill, all of the above mentioned things must be done on an ongoing basis even when I am not with you. I must be assured that while I am not working daily with you, these programs are carried out to the fullest and you are prosecuting all of them on a daily basis.

By the way, congratulations on the placement of 5 vials of Survanta at Beverly Hospital. I would continue to promote Survanta to Beverly, Salem, and Winchester, making certain the Neonatologists have the most recent copies of the studies. Continue to discuss prevention versus rescue as a mode of use for Survanta.

Bill, I'll be in touch with you relative to our date for Impacts. See you soon. Keep prosecuting those programs and I'm sure things will continue to improve within your Territory. Good luck and great selling.

Regards,

John

JB/sl
cc: Greg
    File

FEB 1992 RECEIVED Greg Sadberg

EXHIBIT F

# TM EVALUATION

DATES OF SUPERVISORY VISITS THIS YEAR

| 1/15 | 2/11 | 3/27 | 4/23 | 5/5 | 6/2 | 7/1 | | |
|---|---|---|---|---|---|---|---|---|

DATE ___7/15/92___ *(PLEASE SUBMIT OCT. 1 EACH YEAR)*

TM ___William Byrd___ TERR. NO. __1110512__ BASE CITY __Northshore, MA__

STARTING DATE __5/17/83__ DATE OF LAST INCOME REVIEW __5/25/92__ DATE OF LAST WRITTEN PERFORMANCE APPRAISAL __3/92__

TM HAS A COPY OF PERFORMANCE APPRAISAL?    ☑ YES    ☐ NO

A. WHAT IS YOUR OPINION OF THIS PERSON'S PERFORMANCE AND EXPERTISE IN THE FOLLOWING AREAS?

| | Excellent | Good | Fair | Developing | Marginal |
|---|---|---|---|---|---|
| 1. SELLING SKILLS AND RAPPORT IN THE PHYSICIAN OFFICE: | ☐ | ☑ | ☐ | ☐ | ☐ |
| 2. SELLING SKILLS AND RAPPORT IN THE HOSPITAL: | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. TRADE SELLING AND MERCHANDISING SKILLS: NA | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. PRODUCT KNOWLEDGE: | ☐ | ☐ | ☒ | ☐ | ☐ |
| 5. ADMINISTRATIVE EFFICIENCY: | ☐ | ☑ | ☐ | ☐ | ☐ |
| 6. PLANNING AND TIME STRUCTURING: | ☐ | ☒ | ☐ | ☐ | ☐ |
| 7. JUDICIOUS USE OF RESOURCES: *(GRATIS, SERVICES, BUDGET)* | ☐ | ☒ | ☐ | ☐ | ☐ |
| 8. COMPANY IDENTIFICATION *(ATTITUDE AND MORALE)*: | ☐ | ☒ | ☐ | ☐ | ☐ |

B. DESCRIBE SPECIFIC PROBLEMS OF THIS TERRITORY __Bill is up against a long term senior Mead__ __TM. This TM has tremendous loyalty with many of the Pediatricians.__

WHAT ARE THIS PERSONS MOST NOTABLE WEAKNESSES? __Bill's inability to gain the type of rapport__ __needed to break the loyalty the Mead Rep has with many of the Peds. He needs__ __to improve his working relationships and rapport with hospital based nurses.__

WHAT ACTION IS BEING TAKEN TO ELIMINATE OR REDUCE THEM? __During my Supervisory Visits with Bill__ __I try to stress hospital selling so he'll build better relationships with__ __his nurses. In those hospitals where he has an opensystem, I feel he could__ __do better on discharge if he had better nurse control.__

IN WHAT AREAS OF ENDEAVOR HAS THIS PERSON SHOWN IMPROVEMENT THIS HALF? __Bill continues to be Bill, but his hospital rapport has grown somewhat. He__ __can, at times, be his own worst enemy.__

WHAT ARE THIS PERSON'S MOST NOTABLE STRENGTHS? __Bill appears to be a hard worker and wants__ __to succeed, but again, sometimes his own personality gets in the way.__

C. WHAT IS YOUR PROGNOSIS FOR THIS PERSON? ☐ 1/3 TM  ☐ 2/3 TM  ☒ 3/3 TM  ☐ Marginal  ☐ Promotable  ☐ New *(Not Rated)*
SUPPORTIVE COMMENTS: __I work as hard with Bill as any TM in the District. Until__ __he decides he wants to be a success based upon an improved image and__ __attitude, Bill will never realize his potential.__

D. WHAT MOTIVATES THIS PERSON?   *(Check 2 max.)*
☐ Recognition  ☐ Money  ☒ Security  ☐ Promotion  ☐ Working Conditions  ☐ Other
WHAT HAVE YOU DONE TO SUPPORT HIS/HER MOTIVATIONAL NEEDS? __Bill has been a TM for nearly 10__ __years and I have tried to create an environment where he feels comfortable__ __and wants to succeed at being a successful TM for Ross Labs. Although money__ __is an important factor, Bill has not achieved greater income because of his__ __lower ranking.__

E. HAS THIS PERSON ATTENDED A.T.C.? ☒ NO ☐ Yes   When? _____
DISTRICT RANKING:   THIS HALF YEAR __9__ OF __11__     LAST HALF YEAR __4__ OF __12__
REGIONAL RANKING:  THIS HALF YEAR __46__ OF __54__    LAST HALF YEAR __50__ OF __54__
DM SIGNATURE _____ DATE __7/20/92__ RM SIGNATURE _Lindberg_ DATE __8-11-92__
RM REMARKS: _Bill's performance has remained satisfactory - at best._ _His personality comes across as abrasive and this diminishes_ _his ability to build add & rapport._

COPY DISTRIBUTION: DM - WHITE. RM - CANARY. VP OF SALES - PINK

6768/SEPT/1985
RP 2596C 9/85

# EXHIBIT G

**INTEROFFICE**
**CORRESPONDENCE** | ROSS

DATE: September 25, 1992

TO: Bill Byrd

FROM: John Boisse

SUBJECT: Recent Workwith

Dear Bill,

The policy and standard procedure relative to sampling of Similac and Isomil products within District 1110500 is the same for everyone. On Tuesday, September 22 when I worked with you I observed on at least two occasions (Dr. Short, Dr. Annino's offices) you had failed to open and display the Similac product during your last visit to these Physicians. Bill, everyone within the district is required on a routine basis to open cases and/or display product in each and every office. I have repeatedly asked you to do so. However, you continue to bring in product and simply drop it off without even making the effort to open it. This behavior is unacceptable and goes against the procedures and policies of this district.

I fully expect you to understand what it is I am requesting of you and that you will in the future do what is required of the job. I enclose two copies of this memo and I would ask you to sign the bottom of this copy with a short explanation that you understand and will comply with my request to be consistent with the other Territory Managers and your job description. Return this copy to me with your notation and signature as soon as possible.

Regards,

Regards,

John

JB/sl
cc: Greg Lindberg
     File



OCT 1992
RECEIVED
Greg
Lindberg

EXHIBIT H

CORE TM VISIT REPORT

| | | | Visits this year |
|---|---|---|---|

BILL BYRD_____          1110512____          4/14/93_____
TM NAME                       TERR #             DATE OF VISIT

### NON WIC MARKET SHARES

| | CURRENT | PREVIOUS QTR. |
|---|---|---|
| 5-6 MONTHS | 36.9 | 40.4 |
| POST-BREAST | 31.1 | 35.3 |

TOTAL TERR. NON-WIC BIRTHS  9173

Performance Rating      Prognosis

___Outstanding          ___Capable
___Commendable             of Adl Resp
___Satisfactory         ___Long-term
___Marginal             ___Develop'g
                        ___Marginal

VISIT OBJECTIVE(S):

Business Review and TM evaluation.

COMMENTS/OBSERVATIONS:

Bill does not demonstrate ownership and initiative.  I believe he trys hard
and he did have an acceptable relationship with the customers we visited
today.  I was disappointed he hadn't been in a large OB office where we
discovered they were recommending SMA.

COACHING/DIRECTION PROVIDED:

I reinforced the importance of WAC and defined our priorities.  I'll speak
with Boisse regarding a specific plan for Bill.

MGR/RST SIGNATURE:_____*Lindberg*_____          DATE:_4/16/93__

                                                      6731/Jan.'91

# EXHIBIT I

# INTEROFFICE
# CORRESPONDENCE  R ROSS

DATE: May 3, 1993

TO: Bill Byrd

FROM: John Boisse

SUBJECT: Recent Workwith

Dear Bill,

I want to take this opportunity to recap the recent couple
of days we spent together on April 17 and 28. First, I would
like to say that your presentation relative to the Strep Kit
overshadowed some of the good things that happened over the
course of these two days. Your lack of preparation and thorough-
ness on the presentation at Dr. Dorsey's office really was
not up to the level required to present and sell Strep Kits.
You did not come properly prepared, ie. you did not have the
controls with you and had to ask your customer to supply external
controls in order for you to do a comparison test between Q
Test and the new Ross Strep Kit. This is unacceptable.

This is the second occasion whereby you have not come prepared
to sell Strep Kits. On your recent workwith with Greg, not
having the work station prevented you from giving a thorough
and professional detail. This time by not having the controls
with you and having to ask your customer to lend you a competitor's
controls also made is impossible for you to deliver a thorough
and professional presentation or make a sale.

Bill, in the future I would expect that when you give a presen-
tation, whether it be Strep Kits or Pediatric Nutritionals,
you come thoroughly prepared to give a very complete and profes-
sional presentation. I was rather disappointed with your performance
relative to Strep Kits on Tuesday.

Bill, on the other side of the coin, I feel you did a fairly
good job relative to the presentation of Isomil as it relates
to the introduction of Mead's new Lactose-Free. I thought your
presentations were informative and helpful to the Pediatrician.
Also, the fact that you followed up with a second presentation
on Suprax was appropriate and well done.

Third, congratulations on the number of SWAC cards you are
redeeming through your OB offices. I think your ability to
get into your OB offices and pcik up the signed SWAC cards
will help your overall redemption. Your rapport and control
with your OB nurses appears to be quite good in the Melrose/
Wakefield area. Please continue to prosecute the program to
the fullest and I am certain it will help move your Mothers'
Share in these areas.

Bill, in summary I would like to say that relative to the Strep Kits, I was extremely disappointed in your performance and in the future I would expect you to be able to prepare for and give a presentation to your Pediatricians in a more professional manner. Relative to presentations on Isomil and Suprax, I thought they were quite good and I look forward to continued progress relative to Pediatric Nutritionals selling. Bill, I would also like the activity level relative to the First Case Free program picked up. By that I mean I would like to see a larger distribution of free cases relative to Isomil quarts and Alimentum quarts brought into your Pediatricians so they have a larger supply on hand to prevent them from running out and to provide their patients with that First Case Free.

Bill, I will see you on May 10 and at that time, as we had discussed, I would like to join you at your in-service at the Harvard Community Health and OBs to discuss SMA versus Similac. As you will recall, this is a follow-up relative to your last visit with Greg in this OB office.

Regards,

John

JB/sl
cc: Greg Lindberg
    File

# EXHIBIT J

Post-It™ brand fax transmittal memo 7671 # of pages ▶ 3

To: JOE MCMANUS  From: GREG LINDBERG

*file bills PC*

**ROSS**

COLUMBUS, OHIO 43215
A DIVISION OF ABBOTT LABORATORIES, USA

To: Bill Byrd
FROM: John Boisse
DATE: August 23, 1993
SUBJECT: Unsatisfactory Performance

Dear Bill,

This letter will serve to confirm that effective today, you are being placed on Unsatisfactory Performance status for sixty (60) days. The reasons for this action are as follows:

Your 5 and 6 months prepared share for the last four quarters have been:

|  |  |
|---|---|
| 2nd Qtr 1992: | 37.0% |
| 3rd Qtr 1992: | 40.4% |
| 4th Qtr 1992: | 36.9% |
| 1st Qtr 1993: | 29.6% |
| 2nd Qtr 1993: | 31.5% |

While Ross shares have been declining, Mead has grown in the last four quarters from 39.9% to 48.4%. Your decline represents 7.4 percentage points in the last four quarters. Bill, this Share decline is unacceptable.

During our work visits, it is apparent your selling skills are not at an acceptable level. You fail to use the 5 parts of a sales presentation and fail to present the features/benefits of our products. I have also been very disappointed with your pre-call planning. Bill, as an example, I am referring to the sales presentation at Dr. Dorsey's office on May 3, 1993. Your lack of pre-call planning and not having all the materials with you caused you to lose the sale. Specifically I am referring to your not having had the Strep Kit controls with you which hindered your ability to thoroughly present the product. As another example, during your workwith with Greg, you were not adequately prepared for a Strep Kit presentation. During this visit you did not have the work station with you at the time of the presentation.

Greg and I have been disappointed in your lack of customer coverage in your Territory. An example of inadequate coverage would be the situation which arose during a workwith in April with Greg when you told him you had not called on a group of OBs at the Harvard Community Health Plan in Medford, MA. During that joint initial visit with Greg at this OB office you learned they were recommending SMA because of the coverage by the Wyeth Representative. Certainly with the priority being on SWAC and OBs, I was disappointed you had not adequately covered this account.

page 2 - August 23, 1993

Bill, to get your performance back to a satisfactory status you must accomplish the following during the next sixty (60) days:

We have mutually agreed on the following list of twelve (12) Physicians who currently use Enfamil as the house formula at Salem or Winchester Hospitals who will sign up for 100% Similac in the indicated hospital. I will confirm your conversions during our workwiths.

| Physicians | Hospital | Newborns | Net Gain |
|---|---|---|---|
| Woburn Pediatric Associates: | | 600 | 600 |
| Dr. Patricia Connelly | Winchester | | |
| Dr. Richard Dentremont | Winchester | | |
| Dr. Joseph Leader | Winchester | | |
| Dr. Earton Robertson | Winchester | | |
| Dr. Neidermier | Winchester | | |
| Dr. Elizabeth Keane | Winchester | | |
| Dr. Michael Vogher | Winchester | | |
| Pediatric Associates of Greater Salem: | | 500 | 500 |
| Dr. James Higgins | Salem | | |
| Dr. Mark Mandell | Salem | | |
| Dr. Don McAuliffe | Salem | | |
| Dr. Andrea Tisch | Salem | | |
| Private: | | 150 | 150 |
| Dr. Walter Harrison | Salem | | |

You will be required to effectively utilize sales aids during your sales presentations. You will be expected to sell the Features and Benefits of our products during sales presenattions. You will be expected to have the most current sales aids with you. You must be properly prepared to make each call. You will be expected to effectively use the 5 steps of a sales presentation.

        A. Opener
        B. Probing
        C. Body
        D. Close
        E. Follow-up with Service

I will evaluate your effectiveness in utilizing the above selling skills during my workwiths with you.

You will be expected to have effectively communicated the program and to have sold SWAC in all OB offices. You will also be expected to update me weekly on the progress of your Territory via a telephone conversation during my office hours on Mondays. Also, you will be expected to update me via your Weekly Territory Report with progress or setbacks which you are experiencing.

page 3 -- August 23, 1993

   This is a serious situation and must be corrected. Failure to do so will lead to more serious action, up to and including termination of employment. I will be scheduling extra work visits with you and will assist in any way I can. However, in the final analysis, responsibility for correcting these performance deficiencies is yours.

   Your performance status is between you and Ross Laboratories and must not be discussed with your colleagues or customers. We will review your progress again on                    .

Sincerely,

John

JB/sl
cc: Joe McManus
    Greg Lindberg
    Permanent File

I have read and fully understand the above letter.

_____                    _____
            Bill Byrd                                  Date

# EXHIBIT K

SEPARATION SUMMARY

Employee: __William M. Byrd_____.    Terr. No. __1110512_____

Number of Supervisory Visits by DM                DM Ranking Last Four Quarters

Last 3 mos. ___4____    Last 9 mos. __16____      Last Quarter __10__ of __11____
Last 6 mos. ___8____    Last 12 mos.__18____      Previous Qtr. __9__ of __11____
                                                  Previous Qtr. __9__ of __11____
                                                  Previous Qtr.√__4__ of __12____

1.  What was the performance of this person up to termination date?

    Marginal

2.  What problem(s) did this person have in relation to the job?
    Inability to develop close working relationships and rapport with
    key customers.

3.  What did this person give as reasons for leaving?


4.  What were the circumstances that led up to this separation?
    See above

5.  What do you feel caused this individual to leave?
    See above.

6.  What does this departing employee plan to do now that separation has
    occurred?
    Seek employment elsewhere.

7.  If acceptance of a new position was given as the reason for termination,
    what is this person's expected income?

    Salary _____    Incentive Income _____    Total _____

8.  Would you rehire this individual? YES _____   NO _X_____
    Why/Why Not?   Inability to develop close relationships and
    long term rapport with key customers.

9.  What could we, as Ross Managers, have done to prevent this separation?
    We employed interaction management skills as well as regularly
    scheduled workwiths and written communication relative to problems
    and progress for his feedback.
10. General Comments.


Prepared by: _John Boisse_____    Date: __10/15/93_____

## SEPARATION REPORT

Employee ___William M. Byrd___    Social Security # _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_

Title _Territory Manager_    Territory # _1110512_

Supervisor ___John Boisse, DM___    Base City _North Shore, MA_

Birthdate _10/29/48_  Start Date _5/17/83_    Last Day Worked _10/15/93_

Tenure _10 years_    Type of Term. _voluntary_

Date of Last Salary Increase and Amount _5/25/92    $1337.00_

Final Annual Salary _$39,541.00_    '92 GROSS EARNING Total Income Last Year _$48,478.59_

### FINAL PAY INFORMATION

NOTE:  Final pay will be held pending reconciliation of all outstanding
expenses, debts, correction notices and receipt of Ross property.
Please communicate receipt of this information to your Field Sales
Personnel Coordinator.

sent to Columbus Final expense report and copies of previous two reports

not available Ross ID Badge          _yes_ Drafts

          _yes_ PHH Card            _NA_ Other Credit Cards

          _yes_ MPO Unit

          _yes_ Release Form (Please indicate if employee does not wish to sign.)

          _yes_ Ross Property from Separation Check List

                    see letter from Robert N. Beck
Employee should be paid for _dated 10/6_ days in lieu of notice.

Final pay should be sent to: _Bill Byrd   38 Meadowview Road  Milton, MA 02186_

          Phone number: _617/698-7254_

APPROVALS

Prepared by DM: _John X Boisse_

Approved by RM: _Greg Lindberg_

Approved by Sales Director: _____

Approved by Divisional Vice President: _____