UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. BYRD,<br><br>    Plaintiff,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,<br><br>    Defendants. | Civil Action No. 04-11032-DPW |

**ASSENTED MOTION TO EXTEND TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS**

Plaintiff, William M. Byrd, with the assent of the Defendants, moves to extend the time in which Plaintiff must file a response to the Defendants' Motion for Sanctions ("Defendants' Motion") to and including, Monday, May 2, 2005. As grounds for this motion, Plaintiff states that the additional time is necessary to appropriately respond to the allegations set forth in Defendants' Motion.

Plaintiff's counsel has conferred with Defendants' counsel Samia M. Kirmani concerning this motion. As indicated below, Ms. Kirmani assents to the Court granting this motion.

WHEREFORE, Plaintiff respectfully requests that this Court, with the assent of the defendants, grant this Motion To Extend Time For Plaintiff To Respond To Defendants' Motion For Sanctions.

2

Respectfully submitted,

WILLIAM M. BYRD,

By his attorneys,

\s\ Paul K. Flavin
Paul K. Flavin
BBO No. 171145
John C. Koslowsky
BBO No. 561616
Flavin & Koslowsky
424 Adams Street
Milton, MA 02186
(617) 698-3000

Dated: April 25, 2005

Assented To:

\s\ Samia M. Kirmani
Samia M. Kirmani (BBO#634699)
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

2002-17P