UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM M. BYRD,<br><br>Plaintiff,<br><br>v.<br><br>AVENTIS PHARMACEUTICALS, INC. and DEBRA EDMUNDS,<br><br>Defendants. | Civil Action No. 04-11032-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, William M. Byrd, and Defendants, Aventis Pharmaceuticals, Inc. and Deborah Edmunds, pursuant to Fed. R. Civ. P. 41(a)(1), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

|  | Respectfully submitted, |
|---|---|
| WILLIAM M. BYRD | AVENTIS PHARMACEUTICALS, INC. and DEBORAH EDMUNDS |
| By his attorneys, | By their attorneys, |
| /s/ John Koslowsky | /s/ Samia M. Kirmani |
| Paul Flavin, BBO #<br>John Koslowsky, BBO # BBO#561616<br>Flavin & Koslowsky<br>424 Adams Street<br>Milton, MA  02186<br>(617) 698-3000 | Joan Ackerstein, BBO #348220<br>Samia M. Kirmani, BBO #634699<br>JACKSON LEWIS, LLP<br>75 Park Plaza, 4th floor<br>Boston, MA  02116<br>(617) 367-0025 |
| Dated: July 1, 2005 | Dated: July 25, 2005 |

1